**Harout KARAMANOUGIAN,
Petitioner,**

v.

**IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.**

Nos. 01–71812, INS A72–524–347.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

**934**

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and
GRABER, Circuit Judges.

MEMORANDUM **

Harmout Karamanougian, an Armenian
Christian native and citizen of Syria, peti-
tions pro se for review of the Board of
Immigration Appeals' ("BIA") decision dis-
missing his appeal from an immigration
judge's denial of his motion to reopen de-
portation proceedings to apply for relief
under the Convention Against Torture. Be-
cause the transitional rules apply, *Kalaw
v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997),
we have jurisdiction under 8 U.S.C.
§ 1105a(a). We review for abuse of dis-
cretion the denial of a motion to reopen,
*Abassi v. INS*, 305 F.3d 1028, 1030 (9th
Cir.2002), and we deny the petition.

The BIA did not abuse its discretion by
determining that petitioner's motion to re-
open, filed almost four months late, was
untimely. *See* 8 C.F.R. § 208.18(b)(2)(i);
*Abassi*, 305 F.3d at 1029–30 n. 1.

PETITION FOR REVIEW DENIED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

